1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ARKINE FRESQUEZ,

10              Plaintiff,                    No. CIV S-07-1847 WBS DAD P

11         vs.

12   UNKNOWN, et al.,

13              Defendants.                   <u>ORDER</u>

14   _____/

15              Plaintiff, an inmate at Rio Consumnes Correctional Center, has filed a letter

16   seeking a court ordered transfer.  No other pleadings have been filed by the plaintiff.  In order to

17   commence an action in this court, plaintiff must file a complaint as required by Rule 3 of the

18   Federal Rules of Civil Procedure and either pay the required filing fee ($350.00) or file an

19   application requesting leave to proceed in forma pauperis.[1]  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).

20   The court will not issue any orders granting or denying relief until an action has been properly

21   commenced.  Therefore, plaintiff's request for an order mandating his transfer will be denied

22   without prejudice.  Plaintiff will be provided the opportunity to file a complaint and to submit an

23   application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

24   /////

25   _____

26        [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the
     filing fee but will be allowed to pay it in installments.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case.  Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.  Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

2.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: September 17, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/9/bb
fres1847.noc